IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY A. PLEASANT,

    Plaintiff,

v.      Civil Action No. 3:18CV81

HAROLD W. CLARKE, et al.,

    Defendants.

## MEMORANDUM OPINION

On August 27, 2018, the United States Postal Service returned to the Court an August 15, 2018 Memorandum Order marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Jeffrey A. Pleasant has not contacted the Court to provide a current address. Pleasant's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Pleasant.

                    /s/
                    Robert E. Payne
Date: September 24, 2018    Senior United States District Judge
Richmond, Virginia